No. 1004. JAMES C. DAVIS, AGENT, ETC. *v.* R. L. CORN-WELL. May 21, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Montana granted. *Mr. I. Parker Veazey, Jr.,* and *Mr. A. A. McLaughlin* for petitioner. *Mr. Edwin L. Norris* and *Mr. George E. Hurd* for respondent.

---

No. 1008. CHUNG FOOK *v.* EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION, ETC. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George W. Hott* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Charles H. Weston* for respondent.

---

No. 1018. ERIE RAILROAD COMPANY *v.* MARTIN KIRK-ENDALL. June 4, 1923. Petition for a writ of certiorari to the Court of Appeals, Eighth Judicial District, of the State of Ohio, granted. *Mr. Edward A. Foote* for petitioner. *Mr. E. P. Chamberlin* for respondent.

---

No. 1031. GREAT NORTHERN RAILWAY COMPANY *v.* GALBREATH CATTLE COMPANY ET AL. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Montana granted. *Mr. I. Parker Veazey, Jr.,* and *Mr. F. G. Dorety* for petitioner. *Mr. E. E. Enterline* and *Mr. Samuel Herrick* for respondents.

---

No. 1035. MISSOURI PACIFIC RAILROAD COMPANY *v.* R. L. HANNA. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas granted. *Mr. Edward J. White* and *Mr. Thomas B. Pryor* for petitioner. No appearance for respondent.